IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| William Anthony Fly, | ) | Case No. 1:16-cr-184 |
| | ) | |
| Defendant. | ) | |

Before the Court is the Government's "Motion to Unseal Presentence Investigation Report" filed on September 6, 2022. See Doc. No. 143. The Government seeks to unseal the Presentence Investigation Report and provide it to the United States Attorney's Office for the Central District of Illinois to respond to an appeal from the denial of a petition under 28 U.S.C. § 2241 involving the Defendant.

It is the policy of the Court to seal Presentence Investigation Reports. For good cause shown, the Court **GRANTS IN PART** the Government's motion as it pertains to the disclosure of the Presentence Investigation Report to the United States Attorney's Office for the Central District of Illinois. The Court **DENIES IN PART** the Government's motion in regard to unsealing the Presentence Investigation Report. The Government is permitted to disclose the Presentence Investigation Report to the United State Attorney's Office for the Central District of Illinois for the purpose of responding to the pending appeal in the United States Court of Appeals for the Seventh Circuit. However, the PSR will remain sealed on the Court's electronic filing system.

**IT IS SO ORDERED.**

Dated this 12th day of September, 2022.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court